35 A.3d 677

IN THE MATTER OF RICHARD M. FLYNN, AN ATTORNEY AT LAW (ATTORNEY NO. 003431978).

February 14, 2012.

**ORDER**

This matter having been duly presented to the Court pursuant to *Rule* 1:20–10(b), on the granting of a motion for discipline by consent in DRB 11–356 of **RICHARD M. FLYNN** of **GLOUCES-TER,** who was admitted to the bar of this State in 1978;

And the District IV Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(c) (keeping separate property over which the lawyer and another claim an interest, if a dispute arises concerning their respective interests, keeping the portion over which there is a dispute separate until the dispute is resolved) and *RPC* 8.4(c) (misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(c) and *RPC* 8.4(c), that certain mitigating factors exist, and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violations had having granted the motion for discipline by consent in District Docket Nos. IV–2010–0046E and IV–2010–0047E;

And The Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **RICHARD M. FLYNN** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.